"Exhibit B"

File 09-0105

March 1, 2010

Need Marketing Group
7362 SW 152 AVE
Miami, FL 33193

Attn: Ms. Houston,

We received your notice on February 25, 2010 and would like to address it formally.

First, we would like to clarify that Mr. Shaw was dealing with a business, not an individual and all correspondence should be directed to Need Marketing Group, not "Cris Solana".

We are glad to refund the pro rata amount of $12.50 for the domain name renewal, The original payment was for $15 and the domain name was used from January 2, 2010 until February 23, 2010 (the date of your letter). Need Marketing Group has also included a pro rata refund for the website hosting paid on January 28. The full payment as in the amount of $9.95, a credit of $1.78 for the dates of February 23-28, 2010.

Furthermore, we have terminated all domain and website hosting accounts associated with Stuart Shaw and his credit or debit card as of March 1, 2010. Those accounts include but are not limited to MiamiPersonalChefs.com. We reserve the right to refuse any future service to Mr. Shaw and his affiliated companies.

A false statement of fact, insinuating that MiamiPersonalChefs.com was infected by a virus was made by Stuart Shaw, without substantiated proof as to the verifiability of this allegation, because that is a direct attack on our reputation as service providers in the technology sector, we take such accusations very seriously. All of our websites are hosted on Rackspace servers, one of the top dedicated and cloud server providers worldwide. A video recording of virus scanning from McAfee SiteAdvisor and AVG LinkScanner, two of the top anti-virus software providers in the internet security field, is included on a CD with this letter. We would ask that Mr. Shaw officially withdraw his statements regarding viruses without solid proof that miamipersonalchefs.com was in fact infected with a virus. Mr. Shaw never contacted Need Marketing Group regarding any problems with a website virus via telephone or email, his last email to Need Marketing Group, attached with this letter was a "Thank You" for sending him information on how to use Wordpress.

In an earlier email also attached, Mr. Shaw asked for passwords to accounts, we warned we could not be held responsible if any problems arose with the website if third parties would be working with the website. Mr. Shaw in that email, said he was not working with anyone else and just wanted to try to get in and learn how to add his own articles, with which we responded with the aforementioned tutorials link, also included in the attached emails.

After careful investigation on March 1, 2010, we realized that Mr. Shaw was in fact working to create another website, themiamipersonalchef.com which leads us to believe this is a sad attempt to cancel services in an inappropriate manner, since the opportunity to cancel the services in normal business fashion were not afforded to Need Marketing Group.

Sincerely,

Need Marketing Group